# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| MIGUEL BARRERA-LUCAS | CASE NUMBER: 08CR2140-LAB |

I, MIGUEL BARRERA-LUCAS, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 6-26-08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*Miguel Barrera Lucas*
Defendant

*[signature]*
Counsel for Defendant

Before _____
Judicial Officer

**FILED**
JUN 2 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY